Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-12-00091-CV

**EX PARTE RAMON MARTINEZ, III**

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2010-CVK-001769-C3
Honorable Jesus Garza, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                 Phylis J. Speedlin, Justice
                 Rebecca Simmons, Justice

Delivered and Filed:  April 18, 2012

DISMISSED

The appellant, the Texas Department of Public Safety, has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM